UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PETER KHAIMOV,

          Plaintiff,

v.

NATIONAL RECOVERY AGENCY

          Defendant.

**STIPULATION AND ORDER OF DISMISSAL**

Civil Action No.: 17-cv-00535-ENV-PK

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all parties hereto, that this action is dismissed in its entirety with prejudice and without costs or fees to any party.

Dated as of July 24, 2017.

THE LAW OFFICE OF IGOR LITVAK

By_____
Igor B. Litvak
Attorneys for Plaintiff
*Peter Khaimov*
1701 Avenue P
Brooklyn, New York 11229
Telephone No. (646) 796-4905
igorblitvak@gmail.com

DANIEL COHEN, PLLC
Daniel C. Cohen
407 Rockaway Avenue
Brooklyn, New York 11212

PHILLIPS LYTLE LLP

By_____
John G. Schmidt, Jr.
Todd A. Ritschdorff
Heather H. Kidera
Attorneys for Defendant
*NRA Group, LLC dba*
*National Recovery Agency*
340 Madison Avenue, 17th Floor
New York, New York 10173-1922
Telephone No. (212) 759-4888
jschmidt@phillipslytle.com
tritschdorff@phillipslytle.com
hkidera@phillipslytle.com

Telephone No. (646) 645-8482
dancohenlaw@gmail.com

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO
―――――――――――――――――――――
HON. ERIC N. VITALIANO, U.S.D.J.

Doc #05-487725.1   The clerk is directed to close this case.

- 2 -